IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-101-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | **ORDER VACATING DETENTION HEARING** |
| ARMANDA MARGARET CABIGAS, | |
| Defendant. | |

Defendant has filed an unopposed Motion to vacate the Detention Hearing. (Doc. 22.) Accordingly, IT IS ORDERED that the Detention Hearing scheduled for November 30, 2017 at 9:00 a.m. is VACATED.

DATED this 29th day of November, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge