**FILED**

JAN 1 9 2018

Clerk, U S District Court
District Of Montana
Billings

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 17-101-BLG-SPW** |
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **ARMANDA MARGARET CABIGAS,** | |
| **Defendant.** | |

The United States has filed an Unopposed Motion for Dismissal of

Forfeiture Proceedings (Doc. 28).    For good cause being shown,

IT IS HEREBY ORDERED, that the forfeiture action in the above-captioned

case is **DISMISSED** with prejudice.

DATED this __19th__ day of January, 2018.

SUSAN P. WATTERS
United States District Judge

1